```
                                    FILED
                                    JUN - 3 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 1773-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Misdemeanor); |
| JUAN ARTURO ORTUNO-OCAMPO, | ) Title 8, U.S.C., Sec. 1325 - |
| aka Alberto Vergara, | ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about 7/18/01, within the Western District of Texas [California crossed out], defendant JUAN ARTURO ORTUNO-OCAMPO, aka Alberto Vergara, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

MIP:psd:San Diego
5/16/08

<u>Count 2</u>

On or about ~~October 1~~ November 24, 2001, 2007, within the ~~Southern~~ Western District of ~~California~~ Texas, defendant JUAN ARTURO ORTUNO-OCAMPO , being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 3, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney