AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT AND VENUE |
| v. | |
| JUAN ARTURO ORTUNO-OCAMPO aka Alberto Vergara | CASE NUMBER: 08 CR 1773-L |

I, <u>JUAN ARTURO ORTUNO-OCAMPO, aka Alberto Vergara</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 3, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Additionally, I waive venue in accordance with Rule 18 of the Federal Rules of Criminal Procedure to be charged in the Southern District of California for the prompt administration of justice.

_Alberto Vergara_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer